# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:33 pm, Dec 28, 2020

| | |
|---|---|
| JOHNNY ASBERRY, | * |
| Plaintiff, | *   CIVIL ACTION NO.: 5:19-cv-27 |
| v. | * |
| WARDEN STEVE UPTON, et al., | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Amended Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 28 day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA