AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHNNY ASBERRY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV519-27

V.

WARDEN STEVEN UPTON, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 28th day of December 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Plaintiff's Amended Complaint is DISMISSED, and in forma pauperis status on appeal is DENIED. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 30, 2020            John E. Triplett, Acting Clerk
*Date*            *Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020